| PROB22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0868 4:12CR00177 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00195-JAD-EJY-1 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| Tyler Michael White<br>Mandan, ND 58554 | X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>06/30/2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY:_____ DEPUTY | North Dakota | Western |
| | | NAME OF SENTENCING JUDGE | |
| | | The Honorable Daniel L. Hovland | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/24/2024 | TO 9/23/2029 |

| OFFENSE |
|---|
| Kidnapping 18 U.S.C. § 1201 Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine 21 U.S.C. § 846 |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| The District of Nevada would like jurisdiction of this case to address non-compliance issues locally. |

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NORTH DAKOTA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of this Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 25, 2025_
Date

_/s/ Daniel L. Hovland_
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/7/2025_
Effective Date

_/s/_
United States District Court Judge

1