# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00195-JAD-EJY-1 |
| Plaintiff, | **ORDER** |
| v. | |
| TYLER MICHAEL WHITE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 3, 2025 at 10:00 a.m., be vacated and continued to November 10, 2025, at the hour of 10:30 a.m.; or to a time and date convenient to the court.

DATED this 27th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE