# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYLER MICHAEL WHITE,<br><br>    Defendant. | Case No. 2:25-cr-00195-JAD-EJY-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 12, 2026 at 10:30 a.m., be vacated and continued to February 11, 2026, at the hour of 11:30 a.m.

DATED this 22nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE

3